IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL J. TAYLOR,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | )   CIVIL ACTION NO. 23-00116-KD-N |
| **ALABAMA POWER COMPANY,** *et al*, | ) ) ) |
| **Defendants.** | ) |

## ORDER

This action is before the Court on the motion to dismiss filed by *pro se* Plaintiff Michael J. Taylor (doc. 22). Review of the motion indicates that Taylor seeks to dismiss IBEW Local #345 from this action.[1] IBEW Local #345 has not filed an answer or a motion for summary judgment. Thus, the Court construes the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. See Rosell v. VMSB, LLC, 67 F. 4th 1141, 1144 (11th Cir. 2023) (a plaintiff may dismiss all claims against a particular defendant under Rule 41(a), even when such a dismissal is less than the entire action). Accordingly, IBEW Local #345 is DISMISSED from this action.

**DONE** and **ORDERED** this the 20th day of March 2024.

    s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Review of the Amended Complaint (doc. 21) indicates that while IBEW Local # 345 is named as a defendant in paragraph 3, it is not named as defendant in the style of the case and no counts are brought against it. Thus, Taylor appears to have tried to amend his complaint to eliminate IBEW Local #345 as a defendant.