# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL J. TAYLOR,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:23-00116-KD-N |
| **ALABAMA POWER CO.,** | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date adopting the report and recommendation of the Magistrate Judge (doc. 30), it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**DONE** this the 4th day of October 2024.

/s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**